UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| AMERICAN COMMERCE INSURANCE COMPANY, an insurance company, | NO: 2:17-CV-0111-TOR |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| ECHO GLEN SUBDIVISION HOMEOWNER'S ASSOCIATION, a Washington State non-profit corporation, and ROSS HILL and LINDSEY CLAIRMONT, husband and wife, | |
| Defendants. | |

BEFORE THE COURT is Plaintiff's Motion for Summary Judgment for Declaratory Relief (ECF No. 7). The matter was submitted for consideration without oral argument. The Court has reviewed the motion and the file therein and is fully informed.

On March 24, 2017, Plaintiff American Commerce filed this action for declaratory relief. ECF No. 1. This Court has diversity jurisdiction. 28 U.S.C. §

ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ~ 1

1332(a). This action concerns insurance coverage for a number of claims arising out of alleged injuries and a dispute between the Echo Glen Homeowner's Association ("HOA") and Ross Hill and Lindsey Clairmont (the "Hills") from September 2016 to the present. *Id*. at 2. In summary, the Echo Glen HOA allege the Hills are in violation of their subdivision's Covenants, Conditions and Restrictions ("CC&Rs") by erecting a building on their property that was not compliant with the CC&Rs. *Id*. at 3-5.

American Commerce filed the instant motion for summary judgment contending that the Hills' homeowner's insurance policy does not provide coverage for the conduct and injuries alleged in the underlying suit between the HOA and the Hills. ECF No. 7.

Defendants have not responded to Plaintiff's motion. Local Rule 7.1(d) provides that the failure to file an opposition to a motion may be deemed consent to the entry of an Order adverse to that party. Here, despite evidence that Defendants were served properly with the motion, no opposition has been filed. Counsel for the Defendants have informally communicated to the Court that they do not oppose the Plaintiff's motion.

In any event, the Court has reviewed the entire file and concludes American Commerce is entitled to summary judgment declaring that the insurance policy

does not provide coverage to the Hills for the underlying litigation, there is no duty to defend the Hills and there is no duty to indemnify.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Summary Judgment for Declaratory Relief (ECF No. 7) is **GRANTED**.
2. The Policy of Insurance issued by American Commerce does not provide coverage to the Hills in the underlying litigation; American Commerce does not have a duty to defend the Hills in the underlying litigation because there is no insurance coverage; and American Commerce does not have a duty to indemnify the Hills in the underlying litigation because there is no insurance coverage.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 14, 2017.



THOMAS O. RICE
Chief United States District Judge