# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| AMERICAN COMMERCE INSURANCE COMPANY, an insurance company,<br>*Plaintiff*<br>v.<br>ECHO GLEN SUBDIVISION HOMEOWNER'S ASSOCIATION, a Washington State non-profit corporation, and ROSS HILL and LINDSEY CLAIRMONT, husband and wife,<br>*Defendant* | Civil Action No. 2:17-CV-0111-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment for Declaratory Relief (ECF No. 7) is GRANTED. The Policy of Insurance issued by American Commerce does not provide coverage to the Hills in the underlying litigation; American Commerce does not have a duty to defend the Hills in the underlying litigation because there is no insurance coverage; and American Commerce does not have a duty to indemnify the Hills in the underlying litigation because there is no insurance coverage.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a motion for summary judgment.

Date: June 14, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen